IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CLEVELAND BAKERS AND TEAMSTERS PENSION FUND, | § § § | No. 127, 2025 |
| Plaintiff Below, Appellant, | § § § | Court Below–the Court of Chancery of the |
| v. | § § | State of Delaware |
| JEFFREY P. BEZOS, ANDREW JASSY, KEITH B. ALEXANDER, EDITH W. COOPER, JAMIE S. GORELICK, DANIEL P. HUTTENLOCHER, JUDITH A. MCGRATH, INDRA K. NOOYI, JONATHAN J. RUBINSTEIN, PATRICIA Q. STONESIFER, and WENDELL P. WEEKS, | § § § § § § § § § § § | C.A. No. 2023-0868 |
| Defendants Below, Appellees, | § § | |
| and | § § | |
| AMAZON.COM, INC., | § § § | |
| Nominal Defendant Below, Appellee. | § | |

Submitted: October 29, 2025
Decided: November 7, 2025

Before **SEITZ**, Chief Justice; **VALIHURA**, **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices, constituting the Court *en Banc*.

## **ORDER**

After careful consideration of the parties' briefs and the record on appeal, and following oral argument, we find it evident that the judgment below should be

affirmed on the basis of and for the reasons stated in the Court of Chancery's Order

dated February 24, 2025.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of

Chancery is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice